UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-13-00555 JST |
| ) | |
| Plaintiff, ) | **[PROPOSED] SUPPLEMENTAL PROTECTIVE ORDER** |
| ) | |
| v. ) | |
| ) | |
| KYLE EDWARD MOORE, (a/k/a "Cal"), ) | |
| CORTIO DETRICE WADE, (a/k/a "Tea"), ) | |
| MARCEL DEVON BRIDGES, (a/k/a "Cell"), ) | |
| DERRICKA LYNN FLUKER, ) | |
| ) | |
| Defendants. ) | |

Upon stipulation of the United States by and through its attorney of record, and the defendant, Cortio Wade, by and through her attorney of record, the Court finds that there is good cause for defendant and her counsel to join the previously issued protective order regarding the documents and materials that will be produced by the United States to the defense as discovery in this matter.

[PROPOSED] SUPP. PROTECTIVE ORDER
CR-13-00555 JST

1  Therefore, the Court hereby **ORDERS** that counsel for the defendant, Cortio Wade, shall be a party
2  subject to this Court's Protective Order issued on September 19, 2013 at Docket No. 19.
3  **IT IS SO ORDERED.**

5  Dated: October 15, 2013

HON. JON S. TIGAR
United States District Judge

[PROPOSED] SUPP. PROTECTIVE ORDER
CR-13-00555 JST