DIANA L. WEISS
Law Office of Diana L. Weiss
1563 Solano Avenue Suite 223
Berkeley, CA 94707
Telephone: (510) 847-1012

Counsel for Defendant CORTIO WADE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CORTIO WADE, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-13-00555JST <br><br> STIPULATION REQUESTING ORDER TO EXCUSE APPEARANCE OF CORTIO WADE AT JANUARY 17, 2014 STATUS HEARING; [PROPOSED] ORDER |

The United States of America, by and through Assistant United States Attorney Wade M. Rhyne, and Cortio Wade, by and through her counsel, Diana L. Weiss, hereby submit this stipulated request to excuse Ms. Wade's appearance at the January 17, 2014 Status Hearing.

The parties agree and stipulate as follows:

1.   Ms. Cortio Wade is presently on pretrial supervision in the above-entitled matter.

2.   Ms. Wade lives in Tucson, Arizona and is being supervised in the District of Arizona. She has been in compliance with all of the conditions of her pre-trial release.

3.   Defense counsel represents that Ms. Wade has been in weekly telephone contact with her.

4. Ms. Wade's financial status has qualified her for court-appointed counsel.

5. On October 18, 2013, Ms. Wade appeared in District Court before the Honorable Judge Tigar. At that hearing, given the fact that defendant Wade is indigent and lives in another state, Judge Tigar granted defendant Wade's request to excuse her appearance at the December 20, 2013 status hearing.

6. The December 20, 2013 Status Hearing has been continued to January 17, 2014.

Wherefore, the parties respectfully request that this Court grant the instant request to excuse Ms. Wade's appearance at the January 17, 2014 Status Hearing.

DATED: December 31, 2013         /S/
                                 WADE M. RHYNE
                                 Assistant United States Attorney

DATED: December 31,013           /S/
                                 DIANA L. WEISS
                                 Attorney for CORTIO WADE

## ORDER

Based on the reasons provided in the stipulation of the parties above, the Court hereby ORDERS THAT Cortio Wade is excused from appearing at the Status hearing scheduled for January 17, 2014.

SO ORDERED.

DATED: January 3, 2014           _____
                                 Hon. JON S. TIGAR

Stip. & Order To Excuse Defendants Appearance
No. CR-13-00555JST                    2